No. D–1093. IN RE DISBARMENT OF ROBBINS. It is ordered that Alan E. Robbins, of Van Nuys, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.